ROSE WYGOD et al., Appellants, *v.* MAKEWELL HATS, INC., et al., Respondents.

Submitted February 23, 1943; decided March 4, 1943.

*Samuel L. Teitler* for motion.

*Sidney M. Wittner* opposed.

Motion dismissed with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.